FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2010 NOV 24   AM 9: 15

CLERK OF COURT

 ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN GAUNCE, | § | No. 4:10-CV-593 - A |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CAVALRY PORTFOLIO SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JOHN GAUNCE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: _____
Peter Cozmyk,
Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive, Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 x. 213
fax: (866) 799-3206
pcozmyk@consumerlawcenter.com

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2010, I filed the Notice of Settlement with the

Clerk of the Court.  A copy of said Notice was mailed to Anne Thomas, Attorney for Defendant,

at the mailing address below via the USPS.

> THOMAS LAW OFFICES, PLLC
> 7 Skyline Dr, First Floor
> Hawthorne, NY 10532 USA

Peter Cozmyk
Attorney for Plaintiff

NOTICE OF SETTLEMENT

2