U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 30 2010

CLERK, U.S. DISTRICT COURT
By _____
  Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN GAUNCE, | § |
| Plaintiff, | § |
| VS. | § NO. 4:10-CV-593-A |
| CAVALRY PORTFOLIO SERVICES, LLC, | § |
| Defendant. | § |

## FINAL JUDGMENT

Consistent with the discussions held and rulings made during the telephone conference/hearing held November 30, 2010, between the court, counsel for plaintiff, John Gaunce, and counsel for defendant, Cavalry Portfolio Services, LLC,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendant in the above-captioned action be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the costs incurred by that party.

SIGNED November 30, 2010.

_____
JOHN McBRYDE
United States District Judge